**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-6812

JERRY PRINCE,

Plaintiff - Appellant,

versus

JOHN JABE, Warden; RONALD ANGELONE, Director;
SERGEANT MAYES; G. TURNER,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David G. Lowe, Magistrate Judge.
(CA-95-424-3)

Submitted:  January 9, 1997          Decided:  January 21, 1997

Before HALL and MICHAEL, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jerry Prince, Appellant Pro Se.  Jill Theresa Bowers, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the magistrate judge's order denying relief on his 42 U.S.C. § 1983 (1994) complaint.[*] We have reviewed the record and the magistrate judge's order and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. <u>Prince v. Jabe</u>, No. CA-95-424-3 (E.D. Va. Apr. 22, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] The parties agreed to proceed before a magistrate judge pursuant to 28 U.S.C. § 636(c) (1994).